1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8

9    ROGER BRENT DAVIS,                    )

10                  Plaintiff,             )          3:08-cv-00421-LRH-VPC
                                           )
11   vs.                                   )
                                           )          <u>ORDER</u>
12   HOWARD SKOLNIK,  *et al.*,            )
                                           )
13                  Defendants.            )
     _____ /

14

15          Plaintiff is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C.

16   § 1983.  Before the court is plaintiff's motion for voluntary dismissal of this action (Docket # 8).

17          Pursuant to Rule 41(a)(1)(A), Federal Rules of Civil Procedure, a plaintiff may voluntarily

18   dismiss an action without court order by filing a notice of dismissal before the opposing party files

19   either an answer or a motion for summary judgment.  Such a dismissal is without prejudice unless

20   the motion states otherwise.  Fed.R.Civ.Pro. 41(a)(1)(B).  Defendants have not yet appeared in this

21   action.  Accordingly, the court will grant plaintiff's motion.

22          **IT IS THEREFORE ORDERED** that plaintiff's motion for voluntary dismissal of this

23   action is **GRANTED** (Docket # 8) and this action is **DISMISSED WITHOUT PREJUDICE.**

24          **IT IS FURTHER ORDERED** that all other pending motions is this action are **DENIED** as

25   moot.

26   ///

27   ///

28

1      **IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and

2  **CLOSE THIS CASE.**

3      Dated this 14th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2