AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

ROGER BRENT DAVIS,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
  V.

                   CASE NUMBER: **3:08-cv-00421-LRH-VPC**

HOWARD SKOLNIK, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's #8 motion for voluntary dismissal of this action is GRANTED and this action is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that all other pending motions in this action are DENIED as moot.

  April 14, 2009                             **LANCE S. WILSON**
                                                                        Clerk

                                                      /s/ Kalani Lizares
                                                         Deputy Clerk